**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| GEORGE L. GOMEZ,<br><br>      Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendant. | Case No. 5.25-cv-00575-FB<br><br>**NOTICE OF SERVICE** |

Defendant Union Pacific Railroad Company ("Defendant"), states that counsel for Defendant served the following document upon Plaintiff via electronic mail, on the 5th day of December, 2025:

    1.    Defendant's Expert Disclosures

Dated this 8th day of December, 2025.

        Union Pacific Railroad Company,
        Defendant,

By:   */s/ Jimmie L. Pinkham III*
        Jimmie L. Pinkham III (NE# 25534)
        Scott P. Moore (NE# 20752)
        Mark J. Goldsmith (NE# 26429)

Of   BAIRD HOLM LLP
        1700 Farnam St. Ste. 1500
        Omaha, NE 68102-2068
        Phone: (402)-344-0500
        Email: jpinkham@bairdholm.com
        Email: spmoore@bairdholm.com
        Email: mgoldsmith@bairdholm.com

        Hunter Johnson
        Texas Bar No. 10753900
        Aarika Johnson
        Texas Bar No. 24120927
        *Local Counsel*
        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
        100 Crescent Court, Suite 700
        Dallas, TX 75201
        Phone: (214)-646.-3421
        Email: hjohnson@constangy.com
        Email: anjohnson@constangy.com

        Katherine Serrano
        Texas Bar No. 24110764
        *Local Counsel*
        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
        1250 S. Capital of Texas Hwy,
        Building 3, Suite 400
        Austin, TX 78746
        Phone: (512)-382-8808
        Email: kserrano@constangy.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Donald E. Uloth
    Don.uloth@uloth.pro

                                              */s/ Jimmie L. Pinkham III*

6938523.1