**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

GEORGE L. GOMEZ,

      Plaintiff,

                                CASE NO. 5:25-cv-575

v.

UNION PACIFIC RAILROAD COMPANY,      **JOINT MOTION TO MODIFY**
                                            **SCHEDULING ORDER**
      Defendant.

Plaintiff George L. Gomez and Defendant Union Pacific Railroad Company jointly move the Court to modify the Scheduling Order (ECF No. 13) by extending certain case deadlines.  In support of their motion, the parties state as follows:

1.     The parties have been diligent in progressing the case to date.  The parties have both served and responded to discovery requests and have exchanged initial disclosures.  The parties have produced documents, and they have informally resolved some discovery issues without the need for Court intervention. However, more time is needed to ensure adequate time for the production of medical records by providers, depositions, and additional time for settlement discussions and potential mediation.

2.     The parties have not yet begun scheduling depositions but anticipate doing so soon.

3.     The parties are also still working to resolve their few remaining outstanding discovery disputes that they wish to resolve prior to completing depositions and filing dispositive motions.

4.     Therefore, additional time is necessary to resolve discovery issues,

complete all the depositions, and prepare this matter for dispositive motions/and or trial of this matter.

5.      The parties recently conferred and jointly agreed to extend the following deadlines in this matter by 90 days.

6.      Accordingly, based on the above, there is good cause to modify the Scheduling Order (ECF No. 13). Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that a schedule may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The trial court's "judgment range is exceedingly wide" in considering a motion for continuance, to be reviewed under an abuse of discretion standard. *Fontenot v. Upjohn Co.,* 780 F.2d 1190, 1193 (5th Cir. 1986).

7.      The Parties respectfully request that the Court modify the deadlines in the Scheduling Order as follows:

|  | **Current Deadline** | **Requested New Deadline** |
|---|---|---|
| Deposition Deadline | January 20, 2026 | April 20, 2026 |
| Motions to Dismiss/Summary Judgment | February 19, 2026 | May 20, 2026 |

8.      The parties have not previously requested an extension of deadlines in this case.

WHEREFORE, the parties respectfully request that the Court grant their motion to modify the Scheduling Order.

Dated this 5th day of February, 2026.

| /s/ Donald E. Uloth | /s/Jimmie L. Pinkham, III |
|---|---|
| Plaintiff's Counsel | Defendant's Counsel |

Donald E. Uloth
Texas Bar No. 20374200
LAW OFFICE OF DONALD E. ULOTH
18208 Preston Rd., Suite D-9 #261
Dallas, TX  75252
Telephone: (214) 989-4396
Don.uloth@uloth.pro
*Attorney for Plaintiff*

Jimmie L. Pinkham, III (NE#25534)
BAIRD HOLM LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102-2068
Telephone: (402) 344-0500
jpinkham@bairdholm.com

Hunter Johnson
Texas Bar No. 10753900
Aarika Johnson
Texas Bar No. 24120927
*Local Counsel*
Constangy, Brooks, Smith & Prophete,
LLP
100 Crescent Court, Suite 700
Dallas, TX 75201
Phone:   214-646.-421
Email: hjohnson@constangy.com
Email: anjohnson@constangy.com

Katherine Serrano
Texas Bar No. 24110764
*Local Counsel*
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
1250 S. Capital of Texas Hwy,
Building 3, Suite 400
Austin, TX  78746
Phone:  512-382-8808
Email:  kserrano@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth – don.uloth@uloth.pro

*/s/ Jimmie L. Pinkham, III*