IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE L. GOMEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-25-CV-00575-FB |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## AMENDED SCHEDULING ORDER

Before the Court is the Joint Motion to Modify Scheduling Order, filed by the parties on February 5, 2026. (ECF No. 17). After careful consideration, the Court is of the opinion that the motion should be granted and the Scheduling Order should be amended to reflect the extended deadlines requested by the parties.

However, the parties are reminded that "[a] proposed order is required for all discovery and case management motions." W.D. Tex. Loc. R. CV-7(f).

IT IS THEREFORE ORDERED that the Joint Motion to Modify Scheduling Order (ECF No. 17) is GRANTED such that the parties shall have, as requested, the following extended deadline to complete discovery and file dispositive motions:

6. The parties shall complete all discovery on or before **April 20, 2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **May 20, 2026**. Dispositive motions and responses to dispositive motions shall be limited to 10 pages in length. Replies, if any, shall be limited to 20 pages in length in accordance with Local Rule CV-7(e).

All other provisions of the Court's original Scheduling Order (ECF No. 13) remain in full force and effect.

It is so ORDERED.

SIGNED this 18th day of February, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE