**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

GEORGE L. GOMEZ,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

Case No. 5.25-cv-00575-FB

**NOTICE OF VIDEOTAPED**
**DEPOSITION OF GEORGE L. GOMEZ**

TO:    **Plaintiff George L. Gomez, in care of his attorney, Donald E. Uloth**

    NOTICE IS HEREBY GIVEN that Defendant, Union Pacific Railroad Company, per agreement between counsel, will take the videotaped deposition of George L. Gomez, via Zoom video-conferencing beginning on Friday, April 3, 2026, at 9:00 a.m. (CST), at the designated offices of each individual participant.  Said testimony will be taken before an officer authorized to administer oaths and will be recorded by stenographic and digital reporting technologies.  The deposition will be taken remotely by video conference using Zoom technology provided by Veritext.  The taking of said deposition may be adjourned from day to day until completed.

| | |
|---|---|
| Deponent: | George L. Gomez |
| Date and Time: | Friday, April 3, 2026<br>9:00 a.m. (CST) |
| Location: | Zoom Link to be provided |
| Court Reporter: | Veritext<br>UP@veritext.com<br>800-567-8658 |

Dated this 23rd day of March, 2026.

Union Pacific Railroad Company,
Defendant,

By:  */s/ Jimmie L. Pinkham III*

Jimmie L. Pinkham III (NE# 25534)
Scott P. Moore (NE# 20752)
Mark J. Goldsmith (NE# 26429)

Of   BAIRD HOLM LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102-2068
Phone: (402)-344-0500
Email: jpinkham@bairdholm.com
Email: spmoore@bairdholm.com
Email: mgoldsmith@bairdholm.com

Hunter Johnson
Texas Bar No. 10753900
Aarika Johnson
Texas Bar No. 24120927
*Local Counsel*
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
100 Crescent Court, Suite 700
Dallas, TX 75201
Phone: (214)-646.-3421
Email: hjohnson@constangy.com
Email: anjohnson@constangy.com

Katherine Serrano
Texas Bar No. 24110764
*Local Counsel*
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
1250 S. Capital of Texas Hwy,
Building 3, Suite 400
Austin, TX 78746
Phone: (512)-382-8808
Email: kserrano@constangy.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Don.uloth@uloth.pro

/s/ *Jimmie L. Pinkham III*

7094542.1

3