**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

GEORGE L. GOMEZ,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

CASE NO. 5:25-cv-575

**JOINT MOTION TO STAY**
**PROGRESSION DEADLINES**

Plaintiff George L. Gomez and Defendant Union Pacific Railroad Company jointly move the Court to stay the deadlines set forth in the Court's Amended Scheduling Order [Doc. No. 18]. In support of their motion, the parties state as follows:

1. The parties have agreed to settlement.

2. A stay of the progression deadlines is in the best interest of the parties and judicial economy.

3. The parties will promptly inform the Court if the settlement is unsuccessful and whether a hearing to reschedule progression deadlines is necessary and to schedule the same or otherwise submit a proposed order.

WHEREFORE, the parties respectfully request that the Court enter an Order staying the deadlines set forth in the Amended Scheduling Order and ordering the parties to promptly inform the Court of the need for an Amended Progression Order.

Dated this 20th day of May, 2026.

| | |
|---|---|
| /s/ Donald E. Uloth | /s/Jimmie L. Pinkham, III |
| Plaintiff's Counsel | Defendant's Counsel |

Donald E. Uloth
Texas Bar No. 20374200
LAW OFFICE OF DONALD E. ULOTH
18208 Preston Rd., Suite D-9 #261
Dallas, TX  75252
Telephone: (214) 989-4396
Don.uloth@uloth.pro
*Attorney for Plaintiff*

Jimmie L. Pinkham, III (NE#25534)
BAIRD HOLM LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102-2068
Telephone: (402) 344-0500
jpinkham@bairdholm.com

Hunter Johnson
Texas Bar No. 10753900
Aarika Johnson
Texas Bar No. 24120927
*Local Counsel*
Constangy, Brooks, Smith & Prophete, LLP
100 Crescent Court, Suite 700
Dallas, TX 75201
Phone:   214-646.-421
Email: hjohnson@constangy.com
Email: anjohnson@constangy.com

Katherine Serrano
Texas Bar No. 24110764
*Local Counsel*
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
1250 S. Capital of Texas Hwy,
Building 3, Suite 400
Austin, TX  78746
Phone:  512-382-8808
Email:  kserrano@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth – don.uloth@uloth.pro

*/s/ Jimmie L. Pinkham, III*