**IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

GEORGE L. GOMEZ,

   Plaintiff,         CASE NO. 5:25-cv-575

v.

UNION PACIFIC RAILROAD COMPANY,  **ORDER GRANTING JOINT MOTION TO
STAY PROGRESSION DEADLINES**

   Defendant.

After review of the parties' joint request and proposal to stay the Court's Amended Scheduling Order [Doc. No. 18].  The parties request a stay of the case to pursue good faith settlement negotiations.  Accordingly,

IT IS ORDERED:

1. Any pending discovery and case progression deadlines are stayed at this time.

Dated this ___ day of May, 2026.

           _____ _____
            Honorable Fred Biery
            United States District Judge