**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GEORGE L. GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. SA-25-CV-00575-FB |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties have settled this case, and the parties stipulate that all claims asserted by

Plaintiff or Defendant in this matter are hereby dismissed with prejudice pursuant to Fed. R. Civ.

P. 41(a)(1)(A), with each party to bear their own costs and fees.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

-- and --

1

/s/ Jimmie L. Pinkham, III
Jimmie L. Pinkham, III (NE#25534)
BAIRD HOLM LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102-2068
Telephone: (402) 344-0500
jpinkham@bairdholm.com

Hunter Johnson
Texas Bar No. 10753900
Aarika Johnson
Texas Bar No. 24120927
*Local Counsel*
Constangy, Brooks, Smith & Prophete,
LLP
100 Crescent Court, Suite 700
Dallas, TX 75201
Phone: 214-646.-421
Email: hjohnson@constangy.com
Email: anjohnson@constangy.com

Katherine Serrano
Texas Bar No. 24110764
*Local Counsel*
CONSTANCY, BROOKS, SMITH &
PROPHETE, LLP
1250 S. Capital of Texas Hwy,
Building 3, Suite 400
Austin, TX 78746
Phone: 512-382-8808
Email: kserrano@constangy.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 17, 2026 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

Donald E. Uloth

2